# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Ronald Wilks

v.

Weyerhaeuser Company

Case Number:

# 08 C 5 0 0 66

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Weyerhaeuser Company

| | |
|---|---|
| **NAME (Type or print)**<br>Nina G. Stillman | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Nina G. Stillman | |
| **FIRM**<br>Morgan, Lewis & Bockius LLP | |
| **STREET ADDRESS**<br>77 West Wacker Drive, Fifth Floor | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2737159 | TELEPHONE NUMBER<br>(312) 324-1150 |
|---|---|

FILED

APR 1 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| Ronald Wilks | |
| v. | **08 C 5 0 0 66** |
| Weyerhaeuser Company | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Weyerhaeuser Company

| | |
|---|---|
| NAME (Type or print)<br>John W. Drury | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John W. Drury | |
| FIRM<br>Morgan, Lewis & Bockius LLP | **FILED** |
| STREET ADDRESS<br>77 West Wacker Drive, Fifth Floor | APR 1 6 2008 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282785 | TELEPHONE NUMBER<br>(312) 324-1732 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Ronald Wilks | **08 C 5 0 0 66** |
| v. | |
| Weyerhaeuser Company | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Weyerhaeuser Company

| |
|---|
| NAME (Type or print)<br>Charis A. Runnels |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Charis A. Runnels |
| FIRM<br>Morgan, Lewis & Bockius LLP |
| STREET ADDRESS<br>77 West Wacker Drive, Fifth Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270534 | TELEPHONE NUMBER<br>(312) 324-1124 |
|---|---|

*FILED APR 16 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐