UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RONALD WILKS,

                **Plaintiff,**

v.

WEYERHAEUSER COMPANY,

                **Defendant.**

Case No. 08-50066

## DEFENDANT'S RULE 7.1 AND RULE 3.2 DISCLOSURE STATEMENT

Defendant Weyerhaeuser Company ("Weyerhaeuser"), by its attorneys, Morgan, Lewis & Bockius LLP, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, respectfully submits the following disclosure statement.

Weyerhaeuser has no parent corporation, and no publicly held corporation owns 10% or more of Weyerhaeuser's stock. The following entities are beneficial owners of more than 5% of Weyerhaeuser's stock: Capital World Investors, Franklin Mutual Advisors, LLC, and Capital Research Global Investors.

Dated: April 17, 2008

WEYERHAEUSER COMPANY

By: **/s/Charis A. Runnels**

Nina G. Stillman
Charis A. Runnels
John W. Drury
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Charis A. Runnels, an attorney, certify that I served the foregoing Defendant's Rule 7.1 and Rule 3.2 Corporate Disclosure by causing a true and correct copy of the same to be delivered by U.S. mail to:

> Tracy L. Jones
> Law Office of Jim Black & Associates
> 202 West State Street, Suite 1000
> Rockford, IL 61101

on this 17th day of April, 2008.

/s/**Charis A. Runnels**