UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RONALD WILKS,<br><br>      Plaintiff,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>      Defendant. | Case No. 08-50066 |

**PARTIES' PROPOSED CASE MANAGEMENT ORDER**

I. Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held in Case Number 08-50066 on May 7, 2008 and was attended by:

- Tracy Jones, The Law Office of Jim Black & Associates, for Plaintiff, Ronald Wilks.

- Charis Runnels and John Drury, Morgan, Lewis & Bockius LLP, for Defendant, Weyerhaeuser Company.

II. The Fed. R. Civ. P. 26(a)(1) material will be exchanged by May 23, 2008.

III. Alternative Dispute Resolution Mediation. Counsels hereby certify that their clients have read the Pamphlet governing the Court's mediation program, that counsels have discussed with their respective clients the available dispute resolution options provided by the Court and private entities, and that counsels have given an estimation of the fees and costs that would be associated with the litigation of this matter, through trial, to their clients. Further, counsels have provided to their clients an estimate of the fees and expenses reasonably expected to be incurred through an early successful mediation. Counsels certify that they have discussed the available ADR options with their clients and have considered how this case might benefit from those options. Lastly, if this is a fee shifting case, defense counsels certify they have discussed the advantages and disadvantages of making a Rule 68 offer of judgment.

  The parties request that this case be excused from ADR at this time.

IV. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

  A) Discovery will be needed on the following subjects:

- Whether Plaintiff was wrongfully terminated in retaliation for his alleged exercise of rights under the Illinois Workers' Compensation Act.

- Whether Defendant terminated Plaintiff for legitimate, non-retaliatory reasons unrelated to any actual or threatened claim for benefits under the Illinois Workers' Compensation Act.

- Whether Plaintiff mitigated his alleged damages, if any.

    B)    Maximum of 25 interrogatories by each party to any other party.

    C)    Maximum of 25 requests for admission by each party to any other party.

    D)    Maximum of 10 depositions by Plaintiff and 10 by Defendant.

    E)    Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties.

    F)    Fact discovery cut-off is set for August 29, 2008.

    G)    Experts: At this time, the parties do not anticipate retaining expert witnesses on matters relating to liability, but the parties do anticipate retaining expert witnesses on matters relating to damages. Therefore, the parties request that the Court refrain from setting deadlines relating to the reports and depositions of expert witnesses until such time as the parties may confer with the Court after the close of fact discovery.

    H)    Time for the parties to amend pleadings and add counts or parties is hereby established as June 16, 2008.

    I)    The parties suggest the next discovery conference with the Court be September 12, 2008. At that time, the parties will suggest a briefing schedule for dispositive motions and will discuss a schedule for the disclosure of expert reports and depositions of expert witnesses, if any, who are retained on matters relating to damages.

The parties agree that pleadings, motions, and briefs may be exchanged by e-mail, fax or other electronic means.

Dated this 14th day of May, 2008

**/s/Tracy Jones**

Tracy Jones
THE LAW OFFICE OF JIM BLACK & ASSOCIATES
202 West State Street, Suite 1000
Rockford, IL 61101

*Attorneys for Plaintiff*
*Ronald Wilks*

Dated this 14th day of May, 2008

**/s/Charis A. Runnels**

Nina G. Stillman
Charis A. Runnels
John W. Drury
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001

*Attorneys for Defendant*
*Weyerhaeuser Company*