UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

Ronald Wilks
                            Plaintiff,

v.                                                   Case No.: 3:08–cv–50066
                                                   Honorable Philip G. Reinhard

Weyerhaeuser Company
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on 5/23/2008. Case management order approved. FRCP 26(a)(1) disclosure due 5/23/08. FRCP 26(a)(2) reserved. Depositions limited to 4 hours. Amended Pleadings due by 6/16/2008. Fact Discovery ordered closed by 8/29/2008. Dispositive Motions due by 9/30/2008. Discovery Hearing set for 8/13/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.