IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RONALD WILKS,<br><br>                Plaintiff,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>                Defendant. | Case No. 08-C-50066 |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO CONTINUE PLAINTIFF'S DEPOSITION**

Defendant, WEYERHAEUSER COMPANY ("Weyerhaeuser" or "Defendant"), by its attorneys, Morgan, Lewis & Bockius LLP, respectfully moves this Court for an Order allowing a continuation of the deposition of Plaintiff Ronald Wilks ("Wilks" or "Plaintiff"). In support of this Motion, Defendant states as follows:

1.      On May 23, 2008, this Court entered an Order stating that depositions in this action would be limited to 4 hours per deponent, rather than the 7 hours provided for in Fed. R. Civ. P. 30(d)(1).

2.      On July 29, 2008, Defendant's counsel deposed Plaintiff at Defendant's counsel's offices in Chicago, Illinois. Excluding time for breaks, Plaintiff was deposed for approximately 3 hours and 40 minutes.

3.      It became apparent during the course of Plaintiff's deposition that 4 hours would not be sufficient time in which to adequately examine him on all the issues relevant to this lawsuit. Therefore, Defendant's counsel, Charis Runnels, requested that Plaintiff's counsel, Tracy Jones, agree to continue the deposition on another date. Attorney Jones agreed on the

record to continue Wilks' deposition. Pending approval by this Court, the parties agreed that Wilks would be deposed at a future date for additional time, in accordance with the 7 hour time limit set forth in Fed. R. Civ. P. 30(d)(1).

WHEREFORE, Defendant Weyerhaeuser Company requests this Court for an Order allowing the continuation of Plaintiff's deposition at a future date, to be agreed to by the parties, and extend the time for which Plaintiff may be deposed for a period of time not to exceed an additional 3 hours and 20 minutes, for a total of 7 hours, unless the parties agree that additional time is necessary.

Dated: August 11, 2008

                                        Respectfully submitted,

                                        WEYERHAEUSER COMPANY


                                        By: **s/Charis A. Runnels**
                                               One Of Its Attorneys

Nina G. Stillman
Charis A. Runnels
John W. Drury
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Fifth Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CONTINUE PLAINTIFF'S DEPOSITION** to be served upon:

> Tracy Jones
> The Law Office of Jim Black & Associates
> 202 West State Street, Suite 1000
> Rockford, IL 61101

by electronic mail on this 11th day of August, 2008

s/Charis A. Runnels