IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RONALD WILKS,<br><br>                  Plaintiff,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>                  Defendant. | Case No. 08-C-50066 |

## NOTICE OF MOTION

To:    Tracy Jones
        The Law Office of Jim Black & Associates
        202 West State Street, Suite 1000
        Rockford, IL 61101

PLEASE TAKE NOTICE that on August 13, 2008, at 1:30 p.m., the undersigned shall appear before the Honorable Judge Mahoney, or any Judge sitting in his place in the courtroom usually occupied by him in Room 206 of the Rockford Courthouse, 211 South Court Street, Rockford, Illinois, and shall then and there present **Defendant's Unopposed Motion For Leave To Continue Plaintiff's Deposition**.

Dated: August 11, 2008

                                      Respectfully submitted,

                                      WEYERHAEUSER COMPANY


                                      By: **/s Charis A. Runnels**
                                          One Of Its Attorneys

Nina G. Stillman
Charis A. Runnels
John W. Drury
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Fifth Floor

DB1/62046624.1

Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing **NOTICE OF MOTION** to be served upon:

>Tracy Jones
>The Law Office of Jim Black & Associates
>202 West State Street, Suite 1000
>Rockford, IL 61101

by electronic mail on this 11th day of August, 2008

>**s/Charis A. Runnels**